**The Law Offices of Dean L. Woerner**
**Dean L. Woerner, SB No. 214372**
**P.O. Box 411405**
**San Francisco, California 94141-1405**
**Telephone: 415.550.8799**
**Fax: 415.651.8537**
**woerner@sanfranbk.com**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re:<br><br>**WILLIAM D. MORAN** and<br>**GRACIELA VASQUEZ,**<br><br>Debtor(s). | Case No. **13-30372**<br>Chapter 13<br><br>**DECLARATION OF EMPLOYMENT INCOME** |

I, **William D. Moran**, hereby declare the following:

My total monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

Total Employment Income for **August, 2012** was: $ **7,200.00**

Total Employment Income for **September, 2012** was: $ **7,712.64**

Total Employment Income for **October, 2012** was: $ **10,774.44**

Total Employment Income for **November, 2012** was: $ **7,456.32**

Total Employment Income for **December, 2012** was: $ **9,643.90**

Total Employment Income for **January, 2013** was: $ **7,792.68**

Attached is a copy of my most recent payment advice.

I declare this statement is true and correct under penalty of perjury. Executed this **26th** day of **February, 2013**, in **San Francisco**, California.

                                                  /s/ William D. Moran
                                                  **DEBTOR**

**CAPITOL COMMUNICATIONS, INC.**
SAN FRANCISCO, CA 94103

11053

| EMPLOYEE: William D. Moran | | | |
|---|---|---|---|
| SOC SEC #: xxx-xx-6522 | HOURS | RATE | AMOUNT |
| REG RATE: 45.000 | 40.00 | 38.780 | 1551.20 |
| PER BEGIN: 01/21/13 | | | |
| PER ENDED: 01/27/13 | | | |
| CHK DATE: 01/29/13 | | | |
| CHK#: 11053 | | | |
| NET PAY: 848.94 | | | |
| CHK AMT: 848.94 | | | |

| | HOURS |
|---|---|
| REGULAR : | 40.00 |
| 1.5 OT : | 0.00 |
| 2.0 OT : | 0.00 |
| TOTAL : | 40.00 |
| | PAY |
| WAGES : | 1551.20 |
| ADD : | 248.80 |

| | CURRENT | TO-DATE |
|---|---|---|
| GROSS PAY : | 1800.00 | 7792.68 |
| FIT : | 363.23 | 1618.87 |
| FICA : | 137.70 | 596.14 |
| SIT : | 125.88 | 564.15 |
| OTH STAX : | 18.00 | 77.93 |
| UDUE-1 : | 17.45 | 69.80 |
| EWO : | 288.80 | 1233.91 |
| NET PAY : | 848.94 | 3631.88 |