The Law Offices of Dean L. Woerner
Dean L. Woerner, SB No. 214372
P.O. Box 411405
San Francisco, California 94141-1405
Telephone: 415.550.8799
Fax: 415.651.8537
woerner@sanfranbk.com

Attorney for Debtors
William David Moran
Graciela Vasquez

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In Re:<br><br>**WILLIAM DAVID MORAN** and<br>**GRACIELA VASQUEZ**,<br><br>Debtors. | Case No. **13-30372 SFB13**<br><br>Chapter 13<br><br>**AMENDMENT TO SCHEDULE F** |
|---|---|

William David Moran and Graciela Vasquez, Debtors in this matter, hereby amend their Schedule F to include the following information:

| CREDITOR'S NAME<br>AND MAILING ADDRESS<br>INCLUDING ZIP CODE<br>AND ACCOUNT NUMBER | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION<br>FOR CLAIM | CONTINGENT<br>UNLIQUIDATED<br>DISPUTED | AMOUNT<br>OF CLAIM |
|---|---|---|---|
| Acct. No. **** 7206<br>Kelkris Associates, Inc.<br>dba Credit Bureau Associates<br>460 Union Ave Suite C<br>Fairfield, CA, 94533-6334 | HOA for formerly<br>owned property | | $6,435 |
| Acct. No. **** 5580<br>Yellow Pages<br>c/o Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA 70011-8390 | Advertising | Disputed | $1,829 |

I declare under penalty of perjury under the laws of the United States that I have read the above, and that it is true and correct to the best of my knowledge, information and belief.

Dated: **April 3, 2013**  /s/ William David Moran .
**WILLIAM DAVID MORAN**
Debtor

Dated: **April 3, 2013**  /s/ Graciela Vasquez .
**GRACIELA VASQUEZ**
Debtor