| | |
|---|---|
| 1<br>2<br>3<br>4 | **The Law Offices of Dean L. Woerner**<br>**Dean L. Woerner, SB No. 214372**<br>**P.O. Box 411405**<br>**San Francisco, California 94141-1405**<br>**Telephone: 415.550.8799**<br>**Fax: 415.651.8537**<br>**woerner@sanfranbk.com** |
| 5<br>6 | **Attorney for Debtors**<br>**William David Moran**<br>**Graciela Vasquez** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In Re:<br><br>**WILLIAM DAVID MORAN** and<br>**GRACIELA VASQUEZ**,<br><br>                                    Debtors. | Case No. **13-30372 SFB13**<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I am employed in the County of San Francisco, State of California. I am at least 18 years of age and not a party to the within action; my business address is P.O. Box 411405, San Francisco, CA 94141. On the **3rd** day of **April 2013**, I served the interested parties with the documents described as follows:

**FIRST AMENDED CHAPTER 13 PLAN**

by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| David Burchard<br>Chapter 13 Trustee<br>PO Box 8059<br>Foster City, CA 94404 | US Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |

**PLEASE REFER TO ATTACHED LIST OF ADDITIONAL PARTIES SERVED**

These envelopes were deposited in the United States Mail in San Francisco, California.

I declare under penalty of perjury that the above statements are true to the best of my knowledge, information and belief.

Dated: **April 3, 2013**                                         /s/ Dean L. Woerner                    .
                                                                              **DEAN L. WOERNER**

| | |
|---|---|
| American Home Mtg. Svc.<br>AHMSI/Attn: Bankruptcy<br>P.O. Box 631730<br>Irving, TX 75063 | Credit Bureau Associates<br>P.O. Box 150<br>Fairfield, CA 94533 |
| Bank of America<br>Attn: Recovery Department<br>4161 Piedmont Pkwy.<br>Greensboro, NC 27410 | Credit Partners Associates<br>Attn: Bankruptcy<br>P.O. Box 802068<br>Robstown, TX 78380 |
| Bank of America, NA<br>450 American Street<br>Simi Valley, CA 93065 | First Card Services<br>1 Woodbridge Cen<br>Woodbridge, NJ 07095 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Green Point Savings<br>P.O. Box 130424<br>Saint Paul, MN 55112 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Helen Lee and Timothy J. Weibel<br>448 Rio Verde<br>Daly City, CA 94014<br><br>HSBC<br>P.O. Box 80053<br>Salinas, CA 93912-0053 |
| CA Franchise Tax Board<br>PO Box 1328<br>Rancho Cordova, CA 95741-1328 | HSBC Bank<br>Attn: Bankruptcy<br>P.O. Box 5213<br>Carol Stream, IL 60197 |
| CBE Group<br>1309 Technology Pkwy.<br>Cedar Falls, IA 50613 | HSBC/Best Buy<br>P.O. Box 5253<br>Carol Stream, IL 60197 |
| Chase<br>Attn: National Recovery Group<br>201 N. Central Ave. Floor 11<br>Phoenix, AZ 85004 | HSBC/RS<br>Attn: Bankruptcy Dept.<br>P.O. Box 5263<br>Carol Stream, IL 60197 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | JP Morgan Chase Bank, NA<br>PO Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 |
| Chief Tax Collection Section<br>Employment Development Section<br>PO Box 826203<br>Sacramento, CA 94230 | Kelkris Associates, Inc<br>dba Credit Bureau Associates<br>460 Union Ave Suite C<br>Fairfield, CA, 94533-6334 |
| CIR, Law Offices<br>P.O. Box 23189<br>San Diego, CA 92193-3189 | Macy's West/FDSB<br>9111 Duke Blvd.<br>Mason, OH 45040 |
| Citibank<br>Citicorp Credit Svcs./Attn: Cetraliz<br>P.O. Box 20363<br>Kansas City, MO 64195 | Midland Credit Management, Inc.<br>8875 Aero Dr.<br>San Diego, CA 92123 |

| | | |
|---|---|---|
| 1 | NCO Financial Systems<br>507 Prudential Rd.<br>Horsham, PA 19044 | US Department of Education<br>National Payment Center<br>PO Box 4169<br>Greenville, TX 75403-4169 |
| 3 | Professional Recovery<br>190 S. Orchard Ave. #C2<br>Vacaville, CA 95688 | Wachovia Mortgage/World Savings<br>and Loan<br>Attn: Bankruptcy Dept T7419-015<br>PO Box 659558<br>San Antonio, TX 78265 |
| 5 | Richard B. Gullen, Esq.<br>Rossi, Hamerslough, Reischl & Chuck<br>1960 The Alameda Suite 200<br>San Jose, CA 95126 | Yellow Pages<br>c/o Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA 70011-8390 |
| 7 | San Mateo Credit Union<br>350 Convention Way<br>Redwood City, CA 94063 | |

NCO Financial Systems
507 Prudential Rd.
Horsham, PA 19044

Professional Recovery
190 S. Orchard Ave. #C2
Vacaville, CA 95688

Richard B. Gullen, Esq.
Rossi, Hamerslough, Reischl & Chuck
1960 The Alameda Suite 200
San Jose, CA 95126

San Mateo Credit Union
350 Convention Way
Redwood City, CA 94063

Saxon Mortgage Service
4708 Mercantile Dr. N.
Fort Worth, TX 76137

Sears/CBNA
13320 Smith Rd.
Cleveland, OH 44130

Stellar Recovery
1327 US Highway 2 West Suite 100
Kalispell, MT 59901-3413

Target Credit Card
c/o Financial & Retail Svcs.
Mailstop BT
P.O. Box 9475
Minneapolis, MN 55440

Terry A. Duree
Terry A. Duree, Inc.
622 Jackson St.
Fairfield, CA 94533

The Bureaus Inc.
Attn: Bankruptcy Dept.
1717 Central St
Evanston, IL 60201

Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, IA 52408-8026

Union Plus Credit Card
P.O. Box 60102
City Of Industry, CA 91716-0102

US Department of Education
National Payment Center
PO Box 4169
Greenville, TX 75403-4169

Wachovia Mortgage/World Savings
and Loan
Attn: Bankruptcy Dept T7419-015
PO Box 659558
San Antonio, TX 78265

Yellow Pages
c/o Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390