**The Law Offices of Dean L. Woerner**
**Dean L. Woerner, SB No. 214372**
**P.O. Box 411405**
**San Francisco, California 94141-1405**
**Telephone: 415.550.8799**
**Fax: 415.651.8537**
**woerner@sanfranbk.com**

**Attorney for Debtors**
**William David Moran**
**Graciela Vasquez**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. **13-30372 SFB13** |
|---|---|
| **WILLIAM DAVID MORAN**<br>SSN ###-##-6522<br><br>**GRACIELA VASQUEZ**<br>SSN ###-##-9478<br><br>385 Rolph Street<br>San Francisco, CA 94112<br>　　　　　　　　Debtors. | Chapter 13<br><br>**NOTICE OF FIRST AMENDED CHAPTER 13 PLAN AND OF OPPORTUNITY TO OBJECT** |

  **NOTICE IS HEREBY GIVEN** that the Debtors have filed a First Amended Chapter 13 Plan ("First Amended Plan"). A copy of the First Amended Plan is attached hereto. You are notified that, pursuant to Bankruptcy Rule 2002 and Local Rule 9014-1, you have twenty-eight (28) days from the date of service of this notice to object to the First Amended Plan. Any such objection must 1) be filed with the Clerk of the United States Bankruptcy Court at 235 Pine Street, 19th Floor, San Francisco, CA 94104, and shall be served upon the Chapter 13 Trustee, David Burchard, PO Box 8059, Foster City, CA 94404, and the Debtor's attorney; and 2) be accompanied by any declarations and/or memoranda of law the requesting party wishes to present in support of its position. If an objection is timely made, the debtors shall set the matter for hearing and give notice of the date of the hearing to the objecting party and the Chapter 13 Trustee.

  If the objection is not timely made, the Court may enter an Order confirming the First Amended Plan.

Dated: **April 3, 2013**　　　　　　　THE LAW OFFICES OF DEAN L. WOERNER

　　　　　　　　　　　　　　By:　/s/ Dean L. Woerner　　　　　　　　　　　　.
　　　　　　　　　　　　　　　　**DEAN L. WOERNER**
　　　　　　　　　　　　　　　　Attorney for Debtors