DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

WILLIAM DAVID MORAN and GRACIELA
VASQUEZ
385 ROLPH STREET
SAN FRANCISCO, CA 94112

###-##-6522
###-##-9478

                          Debtor(s)

Chapter 13
Case No:  13-3-0372 HLB
Date:     June 19, 2013
Time:     09:40 AM
Ctrm:     235 PINE STREET, 23rd FLOOR
          SAN FRANCISCO, CA 94104-

## NOTICE OF MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

**NOTICE IS HEREBY GIVEN** that on the date and at the time shown above, at the above entitled court, Chapter 13 Trustee, DAVID BURCHARD, (hereinafter referred to as "the Trustee") will move the court to dismiss this Chapter 13 Case Prior to Confirmation for causes enumerated in the motion.

The motion is made pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014.  A copy of the motion was served.

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed.  Any opposition to the requested relief must be filed with the Clerk of the Court and served upon the Trustee no later than **fourteen (14) days** before the hearing.

Any opposition must be accompanied by any declarations and/or memoranda of law the opposing party wishes to present in support of its position.

**If an opposition is not timely filed and served**, the Court may drop the matter from calendar, enter an order granting the relief by default, and dismissing this Chapter 13 case.


DATED:   May 14, 2013                              DAVID BURCHARD
                                                          DAVID BURCHARD
                                                          Chapter 13 Trustee

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of this **Notice of Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation** and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| WILLIAM DAVID MORAN and<br>GRACIELA VASQUEZ<br>385 ROLPH STREET<br>SAN FRANCISCO, CA 94112 | THE LAW OFFICES OF DEAN L. WOERNER<br>DEAN L. WOERNER<br>P O BOX 411405<br>SAN FRANCISCO, CA 94141-1405 |

Dated: May 14, 2013                              RGARCIA
                                                 RGARCIA