DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM DAVID MORAN and GRACIELA VASQUEZ<br>385 ROLPH STREET<br>SAN FRANCISCO, CA 94112<br><br>###-##-6522<br>###-##-9478<br>Debtor(s) | Chapter 13<br>Case No: 13-3-0372 HLB<br>Date:   August 21, 2013<br>Time:   09:40 AM<br>Ctrm:   235 PINE STREET, 23rd FLOOR<br>            SAN FRANCISCO, CA 94104- |

**MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD,
TO DISMISS CASE PRIOR TO CONFIRMATION**

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 02/20/2013.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   July 5, 2013                              DAVID BURCHARD_____
                                                               DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

WILLIAM DAVID MORAN and GRACIELA
VASQUEZ
385 ROLPH STREET
SAN FRANCISCO, CA 94112

###-##-6522
###-##-9478

Debtor(s)

Chapter 13
Case No:  13-3-0372 HLB
Date:     August 21, 2013
Time:     09:40 AM
Ctrm:     235 PINE STREET, 23rd FLOOR
          SAN FRANCISCO, CA 94104-

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION AND CERTIFICATE OF MAILING

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could, and would, competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 02/20/2013.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

| | |
|---|---|
| _____ | Failure to make required payments to the Trustee. $ _____ is in default under Ch. 13 Plan. |
| _____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 5, 2013 in Foster City, California.

Dated:  July 5, 2013

DAVID BURCHARD
_____
DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion** of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the **Declaration** in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WILLIAM DAVID MORAN and
GRACIELA VASQUEZ
385 ROLPH STREET
SAN FRANCISCO, CA 94112

THE LAW OFFICES OF DEAN L. WOERNER
DEAN L. WOERNER
P O BOX 411405
SAN FRANCISCO, CA 94141-1405

Dated:  July 5, 2013            RGARCIA
                                RGARCIA
                                Case Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

   WILLIAM DAVID MORAN and GRACIELA VASQUEZ
   385 ROLPH STREET
   SAN FRANCISCO, CA 94112

   ###-##-6522
   ###-##-9478

                Debtor(s)

Case No.: 13-3-0372 HLB
Chapter 13

**ATTACHMENT "A"**

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Trustee is in receipt of objection to confirmation of plan by creditor, Helen Lee and Timothy J. Weibel, filed on May 1, 2013. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. Debtor has failed to resolve said objection.