```
  1  The Law Offices of Dean L. Woerner
     Dean L. Woerner, SB No. 214372
  2  P.O. Box 411405
     San Francisco, California 94141-1405
  3  Telephone: 415.550.8799
     Fax: 415.651.8537
  4  woerner@sanfranbk.com

  5  Attorney for Debtors
     William David Moran
  6  Graciela Vasquez
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| In Re: | Case No. **13-30372 SFB13** |
|---|---|
| **WILLIAM DAVID MORAN**<br>SSN ###-##-6522<br>**GRACIELA VASQUEZ**<br>SSN ###-##-9478<br><br>385 Rolph Street<br>San Francisco, CA 94112<br>                                   Debtors. | Chapter 13<br><br>**NOTICE OF SECOND AMENDED CHAPTER 13 PLAN AND OF OPPORTUNITY TO OBJECT** |

    **NOTICE IS HEREBY GIVEN** that the Debtor has filed a Second Amended Chapter 13 Plan ("Second Amended Plan"). A copy of the First Amended Chapter 13 Plan is attached hereto. You are notified that, pursuant to Bankruptcy Rule 2002 and Local Rule 9014-1, you have twenty-eight (28) days from the date of service of this notice to object to the Second Amended Plan. Any such objection must 1) be filed with the Clerk of the United States Bankruptcy Court at 235 Pine Street, 20th Floor, San Francisco, CA 94104, and shall be served upon the Chapter 13 Trustee, David Burchard, PO Box 8059, Foster City, CA 94404, and the Debtor's attorney; and 2) be accompanied by any declarations and/or memoranda of law the requesting party wishes to present in support of its position. If an objection is timely made, the debtors shall set the matter for hearing and give notice of the date of the hearing to the objecting party and the Chapter 13 Trustee.

    If the objection is not timely made, the Court may enter an Order confirming the Second Amended Plan.

Dated: **August 5, 2013**           THE LAW OFFICES OF DEAN L. WOERNER

                                                  /s/ Dean L. Woerner                        .
                                                  **DEAN L. WOERNER**
                                                  Attorney for Debtors