CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:  (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR
Helen Lee and Timothy J. Weibel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re: | Case No. 13-30372 HLB |
| William David Moran and Graciela Vasquez, | CHAPTER 13 |
| Debtors. | **REPLY TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND DEBTORS' OPPOSITION AND WITHDRAWAL OF OBJECTION TO DEBTORS' FIRST AMENDED CHAPTER 13 PLAN** |
| | Date: August 21, 2013
Time: 9:40 a.m.
Judge: Hon. Hannah J. Blumenstiel
U.S.B.C.
235 Pine St., 23rd Fl
San Francisco, CA 94104 |

Come Now, Creditors Helen Lee and Timothy J. Weibel[1] (jointly "Weibel") and submit the following REPLY TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND DEBTORS' OPPOSITION AND WITHDRAWAL OF OBJECTION TO DEBTORS' FIRST AMENDED CHAPTER 13 PLAN (Doc#31 and 35) as follows:

On August 5, 2013 Debtors filed a Second Amended Chapter 13 Plan (Doc#33) and a

**REPLY TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND DEBTORS' OPPOSITION AND WITHDRAWAL OF OBJECTION TO DEBTORS' FIRST AMENDED CHAPTER 13 PLAN**

Case: 13-30372    Doc# 36    Filed: 08/07/13    Entered: 08/07/13 11:15:41    Page 1 of 2

Notice and Opportunity for Hearing (Doc#34) which, as stated in Debtors' Opposition to Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation (Doc#35), addresses Weibel's primary objections (procedurally and substantively) as set forth in Weibel's objection (Doc#25).

Accordingly, Weibel does not intend to object to Debtors' Second Amended Chapter 13 Plan (Doc#33), including the issue of $165/month in personal expenses reflected in Weibel's Objection (Doc#25).

Therefore, Weibel withdraws its Objection to Debtors' First Amended Chapter 13 Plan (Doc#25).

Dated: August 7, 2013      Campeau Goodsell Smith.
/s/William J. Healy, Esq.
William J. Healy, Esq.

**REPLY TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS AND DEBTORS' OPPOSITION AND WITHDRAWAL OF OBJECTION TO DEBTORS' FIRST AMENDED CHAPTER 13 PLAN**

2