DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WILLIAM DAVID MORAN and GRACIELA VASQUEZ<br><br>SSN #1 ###-##-6522<br>SSN #2 ###-##-9478<br>Debtor(s) | Chapter 13<br>Case No: 13-3-0372 HLB<br><br>CHAPTER 13 TRUSTEE'S<br>STATEMENT OF INVESTIGATION |

The Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §1302(c).

1. The business examination consisted of the review of the following documentation after the 341 Meeting of Creditors:

   a. Statement of Affairs and Schedules
   b. Tax returns for the years: 2009, 2010, 2011
   c. Evidence of insurance: Liability
   d. License: Business License
   e. Bank statements dated: August 2012 through January 2013

2. The 341 Meeting of Creditors was held on 04/25/2013.
3. Nature of Debtor's business: Salvadorian Pastries
4. Debtor's business is a sole proprietorship.
5. Debtor is the owner.
6. Years of operation of Debtor's business: 5 years
7. Number of employees (excluding Debtors): one
8. Statement of Financial Affairs, Questions 1 – 15 were answered completely.
9. Statement of Financial Affairs, Questions 16 – 21 were answered completely.
10. The Schedules are complete.
11. All required State, Local, Federal tax returns have been filed.
12. All information requested by the Trustee was provided.
13. Additional documents requested at the 341 Meeting of Creditors: n/a
14. Debtor's has $22,000.00 business assets.
15. The total fair market value of the business as an ongoing concern is approximately $22,000.00.
16. The Debtor's average monthly gross receipts are $10,276.67.

Date: October 23, 2013        /s/David Burchard
                              ───────────────────
                              David Burchard
                              Chapter 13 Trustee