# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  WILLIAM DAVID MORAN  
        GRACIELA VASQUEZ  
        Debtor(s)

Case No.:  13-30372 HLB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  02/20/2013.
2) The plan was confirmed on  10/21/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  04/17/2018.
6) Number of months from filing or conversion to last payment:  62.
7) Number of months case was pending:  63.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  34,140.00.
10) Amount of unsecured claims discharged without full payment:  94,464.82.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $25,892.80 | |
| Less amount refunded to debtor: | $574.60 | |
| **NET RECEIPTS:** | | $25,318.20 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $5,350.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,500.57 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $6,850.57 |
| Attorney fees paid and disclosed by debtor: | $750.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN HOME MORTGAGE SERVICE | Other | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL - DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 22,070.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | Other | NA | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CBE GROUP | Unsecured | 261.00 | NA | NA | .00 | .00 |
| CHASE CARDMEMBER SERVICES | Unsecured | 794.00 | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |
| CIR LAW OFFICES | Unsecured | 7,273.00 | NA | NA | .00 | .00 |
| CITIBANK | Unsecured | NA | NA | NA | .00 | .00 |
| CITY & COUNTY OF SAN FRANCISCO | Priority | 100.00 | 100.00 | 7.72 | 7.72 | .00 |
| CLERK OF THE COURT FOR | Unsecured | 834.00 | NA | NA | .00 | .00 |
| CLERK OF THE COURT FOR | Unsecured | 2,342.00 | NA | NA | .00 | .00 |

0050-1B-EPIF1B-00042179-202058

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re: WILLIAM DAVID MORAN  
      GRACIELA VASQUEZ  
      Debtor(s)

Case No.: 13-30372 HLB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDIT BUREAU ASSOCIATES | Unsecured | 5,329.00 | 2,067.34 | 2,067.34 | 384.30 | .00 |
| CREDIT PARTNERS ASSOCIATES | Unsecured | NA | NA | NA | .00 | .00 |
| DEPARTMENT OF THE TREASURY, IRS | Unsecured | NA | NA | NA | .00 | .00 |
| ECMC | Unsecured | NA | 12,690.76 | 12,690.76 | 2,358.83 | .00 |
| FIRST CARD SERVICES | Unsecured | 329.00 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Other | NA | NA | NA | .00 | .00 |
| GREEN POINT SAVINGS | Unsecured | NA | NA | NA | .00 | .00 |
| HELEN LEE AND TIMOTHY J. WEIBEL AN | Unsecured | 43,425.00 | 45,911.42 | 45,911.42 | 8,550.26 | .00 |
| HSBC | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC | Unsecured | NA | NA | NA | .00 | .00 |
| HSBC BANK | Unsecured | 2,268.00 | NA | NA | .00 | .00 |
| HSBC/ RS | Unsecured | NA | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 2,269.28 | 2,269.28 | 421.77 | .00 |
| JPMORGAN CHASE BANK NA | Secured | 4,800.00 | 4,807.12 | 4,807.12 | 4,807.12 | 540.38 |
| KELKRIS ASSOCIATES, INC. | Unsecured | 6,435.00 | NA | NA | .00 | .00 |
| MACYS/DSNB | Unsecured | 390.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 261.00 | NA | NA | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Unsecured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL RECOVERY | Unsecured | 242.00 | NA | NA | .00 | .00 |
| SAN MATEO CREDIT UNION | Unsecured | NA | NA | NA | .00 | .00 |
| SAXON MORTGAGE SERVICES | Unsecured | NA | NA | NA | .00 | .00 |
| SEARS/CBNA | Unsecured | NA | NA | NA | .00 | .00 |
| STELLAR REC | Unsecured | 239.00 | NA | NA | .00 | .00 |
| TD BANK USA NA | Unsecured | 4,178.00 | 3,822.44 | 3,822.44 | 710.47 | .00 |
| TERRY A DUREE ESQ | Unsecured | NA | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT CORPORATION | Unsecured | 3,694.00 | 3,694.92 | 3,694.92 | 686.78 | .00 |
| UNION PLUS CREDIT CARD | Unsecured | 1,886.00 | NA | NA | .00 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Unsecured | NA | NA | NA | .00 | .00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 10,000.00 | 12,859.87 | .00 | .00 | .00 |
| WACHOVIA MORTGAGE/WORLD SAVING | Other | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: WILLIAM DAVID MORAN  
GRACIELA VASQUEZ  
       Debtor(s)

Case No.: 13-30372 HLB

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YELLOW PAGES | Unsecured | 1,829.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 4,807.12 | 4,807.12 | 540.38 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,807.12 | 4,807.12 | 540.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 7.72 | 7.72 | .00 |
| **TOTAL PRIORITY:** | 7.72 | 7.72 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 70,456.16 | 13,112.41 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,850.57 |
| Disbursements to Creditors: | $18,467.63 |
| **TOTAL DISBURSEMENTS:** | $25,318.20 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 05/31/2018      By: /s/David Burchard  
                                             Chapter 13 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.